IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY (as Successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA), INSURANCE COMPANY OF NORTH AMERICA, | Case No. 1:15-cv-4542 |
| Plaintiffs, | |
| - v. - | |
| CATERPILLAR INC. (as successor to Caterpillar Tractor Co.), | |
| Defendant. | |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that Plaintiffs Century Indemnity Company and Insurance Company of North America shall present to the Court, at a date and time to be determined, the Motion for Leave to File the Unredacted Complaint Under Seal, a copy of which is being served upon defendant Caterpillar Inc. Plaintiffs ask the Court to allow the filing under seal at least until such time as the Defendant may be heard regarding the filing under seal.

1

Dated: May 22, 2015  
Chicago, Illinois

Respectfully submitted,

By: /s/ Brian C. Coffey

COHN BAUGHMAN & MARTIN
Brian C. Coffey
Brian.coffey@mclolaw.com
J. Christopher Madden
Christopher.Madden@mclolaw.com
333 West Wacker Drive
9th Floor
Chicago, Illinois 60606

-and-

O'MELVENY & MYERS LLP
Tancred V. Schiavoni (*pro hac vice* pending)
tschiavoni@omm.com
Gary Svirsky (*pro hac vice* pending)
gsvirsky@omm.com
Vincent Weisband (*pro hac vice* pending)
vweisband@omm.com
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
*Attorneys for Plaintiff Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America) and Insurance Company of North America*

| | |
|---|---|
| Dated: May 22, 2015<br>Chicago, Illinois | Respectfully submitted,<br><br>By: /s/ Brian C. Coffey<br><br>COHN BAUGHMAN & MARTIN<br>Brian C. Coffey<br>Brian.Coffey@mclolaw.com<br>333 West Wacker Drive<br>9th Floor<br>Chicago, Illinois 60606<br><br>-and-<br><br>O'MELVENY & MYERS LLP<br>Tancred V. Schiavoni (*pro hac vice* pending)<br>tschiavoni@omm.com<br>Gary Svirsky (*pro hac vice* pending)<br>gsvirsky@omm.com<br>Vincent Weisband (*pro hac vice* pending)<br>vweisband@omm.com<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br><br>*Attorneys for Plaintiff Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America) and Insurance Company of North America* |

3