**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CENTURY INDEMNITY COMPANY (as Successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA), INSURANCE COMPANY OF NORTH AMERICA,<br><br>                Plaintiffs,<br><br>      - v. -<br><br>CATERPILLAR INC.<br><br>                Defendants. | Case No. 1:15-cv-04542 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT A UNDER SEAL**

Plaintiffs Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Insurance Company of North America (collectively, "Century") move for leave of Court to file under seal its Memorandum in Support of Motion to Stay the Peoria Action, which is attached as Exhibit A to Century's Position Paper. Century makes this motion out of an abundance of caution because Caterpillar maintains that information from the Confidential Settlement Agreement and Partial Policy Release executed July 15, 1999 (the "1999 Settlement Agreement"), portions of which are quoted in Century's Memorandum, must be kept under seal. For that same reason, Century filed its Memorandum in Support of Motion to Stay under seal in the Peoria County Circuit Court of the 10th Judicial Circuit of Illinois. Century has attempted to meet and confer with Caterpillar over the propriety of sealing the memorandum without success.

Dated: January 29, 2016
Chicago, Illinois

Respectfully submitted,

By: /s/ *Vincent S. Weisband*

COHN BAUGHMAN & MARTIN
Brian C. Coffey
Brian.coffey@mclolaw.com
J. Christopher Madden
Christopher.Madden@mclolaw.com
333 West Wacker Drive
9th Floor
Chicago, Illinois 60606

-and-

O'MELVENY & MYERS LLP
Tancred V. Schiavoni (*pro hac vice* pending)
tschiavoni@omm.com
Gary Svirsky (*pro hac vice* pending)
gsvirsky@omm.com
Vincent Weisband (*pro hac vice* pending)
vweisband@omm.com
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
*Attorneys for Plaintiff Century Indemnity*
*Company (as successor to CCI Insurance*
*Company, as successor to Insurance*
*Company of North America) and Insurance*
*Company of North America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF and served it by CM/ECF on the following counsel of record.

            HONIGMAN MILLER SCHWARTZ AND COHEN
            Paula E. Litt (PLitt@honigman.com)
            Anand C. Mathew (AMathew@honigman.com)
            One South Wacker Drive, 28th Floor
            Chicago, Illinois 60606

            -and-

            LOWENSTEIN SANDLER LLP
            Andrew M. Reidy (*pro hac vice*)
            (AReidy@lowenstein.com)
            Michael J. McGaughey (*pro hac vice*)
            (MMcGaughey@lowenstein.com)
            2200 Pennsylvania Avenue, NW Suite 500E
            Washington, DC 20037

Dated: New York, New York
January 29, 2016

By: *Vincent Weisband*
O'MELVENY & MYERS LLP
Tancred V. Schiavoni (*pro hac vice*)
tschiavoni@omm.com
Gary Svirsky (*pro hac vice*)
gsvirsky@omm.com
Vincent Weisband (*pro hac vice*)
vweisband@omm.com
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

COHN BAUGHMAN & MARTIN
Brian C. Coffey
Brian.Coffey@mclolaw.com
J. Christopher Madden
Christopher.Madden@mclolaw.com
333 West Wacker Drive
Suite 900
Chicago, Illinois 60606

*Attorneys for Plaintiffs Century Indemnity Company and Insurance Company of North America*